———————

No: 22-3468

———————

Robert B. Leflar

Plaintiff - Appellee

v.

Target Corporation

Defendant - Appellant

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:22-cv-00727-BRW)

**JUDGMENT**

Before ERICKSON, MELLOY, and STRAS, Circuit Judges.

    This appeal from the United States District Court was submitted on the record of the district court.

    After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is vacated and the cause is remanded to the district court for proceedings consistent with the opinion of this court.

January 09, 2023

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
    /s/ Michael E. Gans